UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL Z. MATHEW,

          Plaintiff,

   -against-                                No. 07 Civ. 8705 (LTS)(MHD)

PAPUA NEW GUINEA,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2009

## ORDER

      The above-captioned action was placed on the Court's suspense calendar pending resolution of arbitration before the International Centre for Dispute Resolution of the American Arbitration Association ("ICDR") as Case No. 50 145 T 00332 06. By Order dated April 22, 2009, Plaintiff was ordered to show cause by written affidavit why this action should not be dismissed in light of the apparent conclusion of such arbitration, as evidenced by Plaintiff's filing of the related case 09 Civ. 3851.

      Plaintiff has failed to show cause as to why the above-captioned action should not be dismissed. Thus, this action is dismissed and the Clerk of Court is respectfully requested to close this case.

SO ORDERED:

Dated:    New York, New York
            June 25, 2009

                                        LAURA TAYLOR SWAIN
                                        United States District Judge